v. *Alabama,* 211 U. S. 452, 453; *Matter of Gregory,* 219 U. S. 210; *Harlan* v. *McGourin,* 218 U. S. 442; *Riddle* v. *Dyche,* 262 U. S. 333, 335, 336; *Craig* v. *Hecht,* 263 U. S. 255, 277; *Goto* v. *Lane,* 265 U. S. 393; *Knewel* v. *Egan,* 268 U. S. 442. *Messrs. James H. Brown* and *M. W. Spaulding* for appellant. *Messrs. John S. Underwood,* Attorney General of Colorado, *Colin A. Smith,* Assistant Attorney General, and *Jack Garrett Scott,* were on the brief, for appellee.

No. 25. WALL ET AL. *v.* BANKERS LIFE CO. Argued December 4, 1930. Decided December 8, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wright* v. *Minnesota Mutual Life Ins. Co.,* 193 U. S. 657; *Polk* v. *Mutual Reserve Fund Life Assn.,* 207 U. S. 310. *Mr. Louis H. Salinger,* with whom *Messrs. Howard L. Bump, Francis G. Ryan, James M. Parsons, John M. Stewart, W. H. Keating, Clarence I. Spencer,* and *Vernon W. Lynch* were on the brief, for appellants. *Messrs. Charles S. Bradshaw* and *Raymond B. Alberson* were on the brief for appellee. *Mr. Frank W. Hamilton,* by special leave of Court, filed a brief as *amicus curiae.*

No. 28. MEAD-MORRISON MFG. CO. *v.* MARCHANT, TRUSTEE IN BANKRUPTCY. Argued December 4, 5, 1930. Decided December 8, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question. *John* v. *Paullin,* 231 U. S. 583, 585; *Central Union Telephone Co.* v. *City of Edwardsville,* 269 U. S. 190, 195; *Beaty* v. *Richardson,* 276 U. S. 599. *Mr. Edward F. McClennen,* with whom *Mr. Arthur P.*